460

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EARNEST W. HOPE (Impleaded), Defendant-Appellant.

(No. 56465;

First District (5th Division)—April 13, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Ronald P. Katz, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and James T. J. Keating, Assistant State's Attorneys, of counsel,) for the People.

ERNEST D. RIZZO, Plaintiff-Appellee, *v.* THE BOARD OF FIRE AND POLICE COMMISSIONERS OF THE VILLAGE OF FRANKLIN PARK *et al.,* Defendants-Appellants.

(No. 57332;

First District (1st Division)—April 16, 1973.